UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:07-CR-66 |
| V. | ) | (PHILLIPS/GUYTON) |
| | ) | |
| DARRYL LAMONT DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter came before this Court on August 20, 2007, for a scheduled initial appearance and arraignment on the Superseding Indictment. Assistant United States Attorney Tracy Stone appeared on behalf of the government. Defendant Darryl Davis ("Defendant") and his attorney, Steve Shope, were also present. Following entry of Defendant's plea of not guilty, the Court set new deadlines for discovery and motions. Accordingly, it is ORDERED as follows:

1. Government shall provide discovery on or before **August 27, 2007**;

2. Motions shall be filed on or before **September 14, 2007**;

3. Responses to motions shall be filed on or before **September 28, 2007**; and

4.  The pretrial conference remains set for **October 9, 2007 at 10:00 a.m.**, and the trial remains set for **October 23, 2007**.

**IT IS SO ORDERED.**

                    **ENTER:**

                    s/ H. Bruce Guyton
                    United States Magistrate Judge